UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN - 6 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
　　　　Plaintiff, )
) No.
v. )
) **4:19CR00421 ERW/NAB**
RONALD COLE, JR., )
)
　　　　Defendant. )

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 4, 2019, in St. Louis County, within the Eastern District of Missouri,

**RONALD COLE, JR.,**

the Defendant herein, knowingly possessed a firearm, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney